

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Hugo Leonel Chaly-Garcia,
Plaintiff,

v.

United States of America;
John Ashcroft, Attorney General
of the United States; and,
Tom Ridge, Secretary of Homeland
Security of the United States;
Defendants

A Civil Action

04-CV-582-BR

JUDGMENT

BROWN, Judge.

Based on and incorporating the terms of the parties' stipulated motion for judgment IT IS ADJUDGED that Plaintiff's motion for summary judgment is GRANTED, Defendants' motion for summary judgment is DENIED and this matter is **DISMISSED with prejudice.**

IT IS SO ORDERED.

DATED this 29th of February, 2008.

_____
ANNA J. BROWN
United States District Judge

1